IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WEN F. LIU,

    Plaintiff,

v.

Case No. 17-cv-547-wmc

ALANNA WIRTZ, ERIN PAITRICK,
LAURA GUTIERREZ, STEVEN
ENGELBRECHT, LECEY COCHART,
DAWN SCHNETZLER and BEN
BRANCEL ,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/16/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |